

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2015

No. 04-14-00894-CR

Adam Paul **EANNARINO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8490
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Jason Pulliam, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court